# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 22, 2013 |
| Court Reporter: Tamara Hoffschildt | Time: 47 minutes |
| Probation Officer: Michelle Means | Interpreter: Cathy Bahr |

**CASE NO.  12-CR-00243-PAB-04**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **4.  SERGIO MENDOZA-VALDOVINOS,** | Siddhartha Rathod |
| | Aaron Belzer |
| Defendant. | |

## SENTENCING

**11:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00243-PAB-4
July 22, 2013

Argument by Ms. Carleton in support of the **Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 536].**

Comments by Mr. Rathod.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 536] is **GRANTED**.

Argument by Mr. Rathod in support of **Defendant's Motion for Non-Guideline Sentence [Docket No. 530]** and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [Docket No. 530] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 29, 2013** to count **One of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **78** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Southern California.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

Page Three
12-CR-00243-PAB-4
July 22, 2013

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Docket No. 535] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts 2, 15, 16, and 22 [Docket No. 532] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
12-CR-00243-PAB-4
July 22, 2013

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11: 50 a.m.    COURT IN RECESS**

**Total in court time:    47 minutes**

**Hearing concluded**