IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    SERGIO MENDOZA-VALDOVINOS,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Counts 2, 15, 16 and 22 [Docket No. 532]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts 2, 15, 16 and 22 [Docket No. 532] is granted. Counts 2, 15, 16, and 22 of the Indictment are dismissed as to defendant Sergio Mendoza-Valdovinos.

    DATED July 22, 2013.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge